Date: 3/16/2022          Judge: Hilton                                   Reporter: J.Egal
Time:   10:00 am to 10:07 am

UNITED STATES of AMERICA
   Vs.

Bruhaspaty Channavajjala Prasad    1:22-cr-00040-CMH-1
Defendant's Name          Case Number

Samuel Moore         Jamar Walker and Kaitlin Cooke
Counsel for Defendant       Counsel for Government

Matter called for:
( ) Motions     ( ) Setting Trial Date  ( ) Change of Plea Hrg.  ( ) Rule 35
( ) Arraignment    ( ) Appeal from USMC  ( ) Sentencing     ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.    (✓) Pre-Indictment Plea ( ) Other:

Defendant appeared:  (✓) in person    ( ) failed to appear
         (✓) with Counsel   ( ) without counsel  ( ) through counsel

Filed in open court:
(✓) Criminal Information (✓) Plea Agreement (✓) Statement of Facts (✓) Waiver of Indictment

Arraignment & Plea:
(✓) WFA ( ) FA (✓) PG ( ) PNG Trial by Jury: ( ) Demanded ( ) Waived

Defendant entered Plea of Guilty as to Count 1 of the Criminal Information Plea Accepted (✓)

Defendant directed to USPO for PSI: (✓) Yes ( ) No

Case continued to June 3, 2022 at 10:00 am for: ( ) Jury Trial ( ) Bench Trial (✓) Sentencing

Bond Set at: $   ( ) Unsecured  ( ) Surety  (✓) Personal Recognizance w/ Conditions
( ) Release Order Entered ( ) Deft. Remanded ( ) Deft. Released on Bond ( ) Deft. Continued on Bond

Defendant is: ( ) In Custody ( ) Summons Issued ( ) On Bond ( ) Warrant Issued (✓) 1st appearance