# EXHIBIT 1

April 4th, 2022

Honorable Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

*Re: Bruhaspaty Prasad's Sentencing*

Your Honor:

I have known Bruhaspaty for 2 years in the capacity of his clinical supervisor for his job as a Therapist. In this capacity, I have provided Bruhaspaty 100 clinical hours to meet requirements for his LCSW license.

During this time I have known Bruhaspaty I have noticed his promptness, dedication, calm demeanor and presence, care and concern for others. Bruhaspaty has only missed one supervision session and that was due to the loss of his Grandmother. Bruhaspaty has been very accommodating to everyone's schedule (colleagues/patients/supervisor).  Bruhaspaty was always on time and prepared for each meeting. I could always count on Bruhaspaty and he was a breath of fresh air during Quarantine.

Bruhaspaty was open to feedback and was able to ask further questions to better understand best practices when working with his patients.  Bruhaspaty also was highly engaged in the process of supervision and very willing to take feedback and implement it into practice.  I have been highly impressed with Bruhaspaty's ability to be receptive to feedback and insight.  It has been a great honor of mine to provide supervision to Bruhaspaty and see him develop as a practitioner.

It was with great sadness and concern to find out Bruhaspaty issues with the court. I have witnessed Bruhaspaty work extremely hard for his licensure.  I am writing this letter not as a supervisor pleading for her supervisee but as a person who witnessed Bruhaspaty's dedication to others.

I am aware of the potential consequences that are possible for Bruhaspaty Prasad and I do not think it is in societies or Bruhaspaty's best interest to jail him.

Respectfully yours,
*Mary J. Rodman*
Mary J. Rodman

04/27/2022

Honorable Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

    *Re: Bruhaspaty Prasad's Sentencing*

Your Honor:

My name is Vedalakshmi Prasad and I am Bruhaspaty Prasad's sister. I have known him for the past 25 years of my life as not only an older brother, but as a friend, a confidant, and someone who I have looked up to. I have watched him grow into a dedicated member of society working towards a medical education and eventually, a mental health therapist as of February of 2020. He has been dedicated to his career as he completed both a Master's in Social Work and a Master's in Public Health as I have watched in admiration as he completed his education. As a medical student myself, watching my brother give back to his patients the same way I hope to one day has been inspirational to say the least.

As a brother, he has cared for me like a parent, raising me and teaching me values as simple as please and thank you while I was growing up. Our age difference allowed for me to see him as not only a brother, but a parent, and I felt his absence significantly when he was away in medical school. Now, as an adult, I reach to my brother and confide in him on a variety of matters of which he responds not only maturely, but thoughtfully, kindly, and with love.

I do understand that my brother has started an IT business with one of his medical school classmates from 2016 – 2021. In the process, my brother trusted the wrong people which has led him to the current circumstances. While I certainly do hope that my brother will not be confined, I do completely intend to support him if he is and afterwards as well. I do believe in my brother's values, faith, and morality as we come from the same cloth, and so I have no intention of alienating him or disregarding him as my brother.

I do believe that after all the years of education, the past two years of his work as a mental health therapist, and the past 25 years as a brother to myself, society would not benefit from sending my brother to confinement. I know that in my brother's work, he has helped people and would continue to do so if he was not confined and was able to continue working in his position. Lastly, as his sister, I can only plead and say that it would be detrimental to myself as I continue to progress in my career and my adult life to be without the one who taught me to be the person that I am today.

                                                            Respectfully yours,
                                                             Vedalakshmi Prasad

April 28, 2022

Honorable Judge Claude Hilton

I have known the Prasad family for over 30 years. I am their accountant and have been filing their tax returns all this time. The thing about doing taxes is that you learn a great deal about the character of the person when you do their taxes. I started filing their business and personal tax returns over the course of 30 years. During this time I have come to respect Dr. Prasad and his family. What I do know about the family is that they are hard working, honest, caring individuals who genuinely care about their clients. Dr. Prasad, Bru's father is well known in the Indian community as a fine psychiatrist. I know that he has been an outstanding DR. and personal friend. Although I have met Bru only recently I do know how hard he has been working in the same field to become like his father. I do know that Dr. Prasad has raised an outstanding family and that his children are all well educated and share the family's work ethic of hard work, integrity and loyalty. Like his father, I am sure Bru's commitment to his clients is the hallmark of his identity. Dr. Prasad has shared with me details of how he sent his kids to China to get a medical education and Bru was included. To go to another country study another language and pursue a degree in another country shows the commitment that Bru shares with his father. All of Dr. Prasads children are highly educated. I believe that BRU may have made a mistake in judgement when choosing his business partners. I do not believe that He acted with the intent to defraud anyone. Sometimes we do not realize the implications of what our partners do. For this reason I am asking the court to show leniency towards sentencing. Should you need any more information from me I am available via cell 703-627-8309 or email mickey@jmutax.com .

Yours truly,

*Mickey K. Sood, EA*

Mickey K. Sood, Tax Acct, EA and Personal Friend

May 1st, 2022

Honorable Claude M. Hilton
Albert V. Bryan U.S Courthouse
401 Courthouse Square
Alexandria VA 22314

        *Re: Bruhaspaty Prasad's Sentencing.*

Your Honor:

        I am Bruhaspaty "Bru" Prasad's companion (girlfriend). I have known him for almost 2 years. Our relationship has blossomed from being acquaintances to developing a strong bond with the foundation of love, acceptance, and dreams. We have both envisaged to embark on a future together as life partners and are planning to get married in December 2022. Over the course of our relationship, Bru has never failed to make me feel respected, loved, and safe. He takes it upon himself to make sure that my comfort and happiness are always a priority for him be it in whichever situation we are in.

        I am painfully aware of the case that Bru has been dealing with. In every step of the way during these legal proceedings, he has remained truthful with me regarding all possible outcomes of his case. As his partner, I am mentally prepared to stand by him and support him in every consequence that this case could have. I have tried to provide Bru with the assurance that I will stand with him through this tough phase. My parents have shared that they wholeheartedly approve of our union and consider Bru to be a genuine and respectful gentleman.

        I understand that there are individuals who suffered loss as a result of interacting with Bru's business and I feel sorry for the victims who experienced such loss. In knowing Bru, he had started these businesses with the intent and passion to serve the needs of society and fellow community members. Bru has been most disappointed in himself for not being able to identify the negative players in his business soon enough. If he had been able to identify their misconduct earlier, he undoubtedly would have taken the required steps to shut this business down and prevent further loss to victims. As a result of these circumstances, Bru has grown as a person by proceeding with caution before trusting others with his business matters.

        Bru has great potential and demonstrates sincerity in his words and actions. I believe that for Bru to face punishment for what occurred would be a tragic loss for society and for the people he serves as a mental health therapist. It is my humble request that you not make him face imprisonment for this offense. Bru is not someone who would harm anyone.

        Sentencing him to imprisonment will take away a lot of opportunities from him. Opportunities that he will never take for granted, and will use to serve as a qualified therapist, a helpful son to his elderly parents, a responsible brother to his sisters and a loving life partner to me in the near future. With sincere hope, I plead to ask you for a second chance for Bru.

Respectfully Yours,

*[signature]*

Swati Buch
Phone No: (412) 961-4503; Email ID: swatinbuch@gmail.com

May 8, 2022

Honorable Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Your Honor:

I have known Bruhaspaty Prasad since 2017. I met Bru in my capacity as a National Acupuncture Detoxification Association (NADA) Trainer, contracted by Volunteers of America Chesapeake (VOAC), Arlington, VA. Bru had joined the clinical staff as a volunteer, intern. This was during Bru's studies toward his Masters in Social work (MSW) from Howard University, DC.

The VOAC, Arlington, Residential Detoxification Center provided shelter and support for client sobriety in a population with many long-time Substance Disuse issues, complicated by many psychosocial, and financial needs. VOAC had earlier brought me onboard to train their Clinical staff in the NADA acudetox, five-needle & ear seed protocol (5NP).

Bru's clinical presence was a breath of fresh air. He easily gained rapport with the clients and staff alike. On first meeting Bru on the unit and in my training sessions, I mistook him to be a fully qualified, professional. His steady presence, and ease with the client population made him the ideal Acudetox Trainee.

I have maintained contact with Bru beyond his time with VOAC, providing Appropriate Supervision and mentorship for his clinical application of the NADA 5NP, as per The Code of Virginia. The Code makes special exception for non-Acupuncturist clinical providers like Bru to utilize the non-digressionary NADA 5Needle Protocol.    Any provider of a chemical dependency treatment program , *mental health, or corrections program* who is certified as an "acupuncture detoxification specialist" by the National Acupuncture Detoxification Association or an equivalent certifying body, from administering auricular acupuncture treatment under the appropriate supervision of a National Acupuncture Detoxification Association certified licensed physician or *National Acupuncture Detoxification Association certified* licensed acupuncturist;

I continue to be positively impressed by Bruhaspatty Prasad's empathic, compassionate and competent practice of the healing arts and Clinical Social Work. I strongly encourage the Court to resolve this case against Mr. Prasad in a way that will allow and encourage him to continue his excellent professional work.

Sincerely,

Floyd M. Herdrich, L.Ac. (VA&DC), NCCAOM National Board Certified (acupuncture),
National Acupuncture Detoxification Association, ADS, Registered Trainer

May 16th, 2022

# Honorable Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

*Re: Bruhaspaty Prasad's Sentencing*

I have known Bruhaspaty Prasad as a friend for around 3 years. I was surprised and worried to hear about his case as I have always known him as a person of good moral values, integrity, very supportive and law-abiding citizen. It is for this reason I am happy to write a letter of reference for Mr. Bruhaspaty Prasad regarding this matter. I hope court will show some leniency knowing that Mr. Bruhaspaty did not intentionally mean to create problems for anyone in any whatsoever way.

Bruhaspaty Prasad has always been honest in all his dealings in our friendship. In our friendship, he has always been there to support whenever asked. I remember when I reached out to him late night once and wanted him to go pick up a gift first thing in the morning, because I mis planned and was in dire need to not miss carrying gift for an important family function. Bruhaspaty Prasad, not only made sure he made all the necessary arrangements so that I can have the gift ready but also ensured, he delivered it to me in person and went out of the way to have it well presented. This gets to show how much he cares for other people and ensure the work is done well. He is a man of few words and may sometime come across as reserved, but I have known him to carry a tender heart and care for others under his professional appearance.

In addition to our friendship, he's been part of the self-development & leadership development group. He always contributes and whenever given a chance to share

his insight, he ensures he is well prepared and brings in a lot of value through what he shares voluntarily with the group.

I am surprised that he's dealing with some mishandling of business but knowing him, I am sure he intentionally meant no harm. He's always been clean & clear in his dealings with me and those I've seen him interact with. I believe as he moves forward, he will continue to emerge as stronger, better person. Knowing that he's about to start his married life, and his professional work as mental health practitioner, him being sentenced would have his current mental health patient struggle and his soon to be wife go through the trauma of him being sentenced for something that he may have overlooked.

It is my sincere hope that the court takes this letter into consideration at time of sentencing. Despite the current case, I still believe Bruhaspaty Prasad to be honorable individual, a valued member of community, and a good human being.

SINCERELY,

(KULDEEP S LAKHESAR)

May 8, 2022 A.D.

Honorable Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

        Re: Bruhaspaty Prasad's Sentencing

Your Honor:

      I have personally known Bru as a close colleague while studying abroad in medical school as well as on personal and professional levels. I have known him since 2006 and since that time not only have we become close, but both of our families have become like one as well. During our time as colleagues, Bru provided much assistance as a study partner and helped me to review for my exams. As a former roommate of his, I was able to get much needed coaching and test prep from him. He demonstrated great patience and compassion when teaching me about the various subjects of medicine and this proved to be most indubitably helpful on exam days. Bru was well known on campus by the majority of the professors and students as well as by the medical staff at the various clinical sites that we were assigned to. His ability to establish rapport and gain the trust of others quickly demonstrated his great ability to network easily and make great professional contacts for years to come. Whenever there was a shortage in the hospitals, Bru was one that everyone could count on, and like a good soldier, would report promptly, in uniform, and ready to serve.

      Your Honor, I do understand the situation that Bru is currently in and I am poised to help in whatever way that I am able to do so.

      In regards to knowing Bru on a more personal level, I was able to learn more of his generous, compassionate, and loving character over the years, especially in the ways that he supported my family and I during some of our lowest moments of life. There is no better example that demonstrated his unconditional love for others than the time that he was there for my family and I at my father's funeral in 2013. Bru took time out of his already busy schedule to attend my father's funeral and be there to support my family and I in our time of great distress, pain, and loss. I had a shoulder to lean on as did my family, and to have Bru there at my side, during one of the most painful moments in life made it all the more tolerable.

      In reference to knowing Bru on a professional level, there are many golden examples that demonstrate his character as a person of sound character and judgment. I was able to witness Bru not only successfully complete medical school, but to further his career in medicine by taking on the challenge of consecutive Master's Degrees and successfully completing them. To this date I have not seen such a level of commitment, dedication, and sacrifice to service, the field of medicine, and to all people from different walks of life.

Your Honor, I firmly believe and am convinced that Bru should not receive punishment for the actions of others who were entrusted to manage his IT business. To send Bru away to prison would not only be a grave mistake but would also delay many aspects of progress and growth currently going on in his life as well as in his family's life as I shall detail below:

Bru's line of work classifies him as an "Essential Worker" which means he is bound for life by the Hippocratic Oath of Medicine which, may I remind you, is to to treat the ill to the best of one's ability, to preserve a patient's privacy, and to teach the secrets of medicine to the next generation. There is no way that this can be accomplished if he is sent away and confined. Bru would be much better off to walk as a free man and continue his mission of life which is to continue his journey as a mental healthcare provider. This man is undoubtedly a model citizen, contributing to the betterment of society and to the US workforce. To send Bru away would not only deny the general public of much needed mental healthcare, but would be doing a great disservice to the community, where there is already a mass shortage of mental health care providers.

In addition to the above mentioned items, Bru is also planning to be married later this year. Surely, it would be most unfortunate to delay this happy occasion for the newlywed couple to be and their families, especially during one of life's most important milestones.

Lastly, it would be terribly disastrous for Bru to be unable to continue to support his elderly parents as well as to be unable to serve as a contributing and productive model citizen of the US workforce. The above summarizes why I am convinced and firmly believe that there is not one single benefit to society by sending Bru away to prison and to do so would be highly unfavorable to all concerned.

Thank you Your Honor for your time and consideration.

Kindest personal regards,

Respectfully,

*Deepak K. Raizada*
Deepak "Ray" Raizada

Date
5/11/2022

Honorable Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: Bruhaspaty Prasad's Sentencing

Your Honor:

My name is Timya Ragin, I am a friend and former classmate of Bru Prasad. Bru and I met in August of 2016 at the Howard University School of Social Work Program, where we shared several classes together and had many group assignments. Over the past six years, I have known Bru to be a man of integrity & compassion. He is ambitious yet has a down to earth personality. Bru is a person who is reliable, honest and makes himself available when people are in need. I have shared many amazing moments with Bru which include: attending my birthday parties, after school events, and my first friends' thanksgiving. In these moments, I saw Bru as a man that showed up in any room and really connected with everyone.

Bru became passionate about business in the time that I have known him and once shared about his newfound IT business working with his partners in India. He was truly excited that he found a group of people that he could work with to serve the community and earn an income while chasing his academic pursuits. It seems that Bru trusted the wrong people to be in partnership with, which has caused him to be in his current unfortunate predicament. Bru has always been an ambitious man with good character values and I admire that about him. He always thrives by working hard and being authentic.

I understand the criminal charges that Bru could be facing. It would be a loss for society if Bru is not able to serve his family, community or to continue to serve as a mental health therapist for his clients. Bru has helped other people to become better versions of themselves in my view. Bru always went the extra mile to help me study or to support me on weekends because he knew I was a newly single mother trying to make it through graduate school. He was patient and understanding when I did not have a babysitter to care for my son and helped me to study for and pass some of my exams. In many of those times, he playfully interacted with my son or held him when I was busy with another task. Please have mercy on my friend, Bru.

Sincerely,

Timya Ragin
*Timya Ragin*

May 8, 2022

Honorable Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Your Honor:

I have known Bruhaspaty Prasad since 2017. I met Bru in my capacity as a National Acupuncture Detoxification Association (NADA) Trainer, contracted by Volunteers of America Chesapeake (VOAC), Arlington, VA. Bru had joined the clinical staff as a volunteer, intern. This was during Bru's studies toward his Masters in Social work (MSW) from Howard University, DC.

The VOAC, Arlington, Residential Detoxification Center provided shelter and support for client sobriety in a population with many long-time Substance Disuse issues, complicated by many psychosocial, and financial needs. VOAC had earlier brought me onboard to train their Clinical staff in the NADA acudetox, five-needle & ear seed protocol (5NP).

Bru's clinical presence was a breath of fresh air. He easily gained rapport with the clients and staff alike. On first meeting Bru on the unit and in my training sessions, I mistook him to be a fully qualified, professional. His steady presence, and ease with the client population made him the ideal Acudetox Trainee.

I have maintained contact with Bru beyond his time with VOAC, providing Appropriate Supervision and mentorship for his clinical application of the NADA 5NP, as per The Code of Virginia. The Code makes special exception for non-Acupuncturist clinical providers like Bru to utilize the non-digressionary NADA 5Needle Protocol.    Any provider of a chemical dependency treatment program , *mental health, or corrections program* who is certified as an "acupuncture detoxification specialist" by the National Acupuncture Detoxification Association or an equivalent certifying body, from administering auricular acupuncture treatment under the appropriate supervision of a National Acupuncture Detoxification Association certified licensed physician or *National Acupuncture Detoxification Association certified* licensed acupuncturist;

I continue to be positively impressed by Bruhaspatty Prasad's empathic, compassionate and competent practice of the healing arts and Clinical Social Work. I strongly encourage the Court to resolve this case against Mr. Prasad in a way that will allow and encourage him to continue his excellent professional work.

Sincerely,

Floyd M. Herdrich, L.Ac. (VA&DC), NCCAOM National Board Certified (acupuncture),
National Acupuncture Detoxification Association, ADS, Registered Trainer

May 13, 2022

Honorable Claude M. Hilton
U.S. District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

*Re: Bruhaspaty Prasad's Sentencing*

Your Honor,

    My name is Niranjan Adhikari, and I am writing this letter with respect to sentencing hearing of Mr. Bruhaspaty (Bru) Prasad. I am friend with Bru. I am the managing attorney at a firm which I founded in 2016. I practice primarily U.S. immigration law, foreign investment and trademarks matters. I have advised *Fortune 1000*, NASDAQ, TSE, KRX, NSE and BSE listed public companies, medical organizations, major research universities, state government's agencies, consulting companies, technology companies, start-ups, non-profits, entrepreneurs, scientists, investors, artists, athletes, and individuals on variety of employment-based immigration and work visa matters. I provide extensive pro bono legal services to organizations, nonprofits, faith-based organizations and individuals. I am a member of American Bar Association, American Immigration Lawyers Association and Federal Bar Association.

    At the beginning of my legal career, I interned at the Office of the Prosecutor of the International Criminal Court, the Hague, Netherlands, and was a Research Fellow with the American Antitrust Institute with a fellowship from the Antitrust Law Section of American Bar Association. I previously worked as a legal consultant to a government contractor and worked as an attorney at a major law firm. I graduated from the University of California, Berkeley, School of Law in 2010. During law school, I competed at moot court competitions, was editor of the *Berkeley Journal of International Law*, and was a researcher to a professor. In my undergraduate I had interned at the Nepalese Ministry of Law, Justice and Parliamentary Affairs and I was a Research Intern at the Centre for Civil Society, New Delhi, India.

    I have known Bru since 2015. As far as I recall, I may have met him first at a conference in Virginia. I was one of the speakers on a legal panel discussing

immigration and international law matters, and Bru's company was one of the sponsors at the conference. After my panel, I had a brief and engaging conversation him about his (start-up) company, what it does, etc. I recall it being a company which seeks to serve dating industry similar to E-Harmony, Match, etc. but with curated events not just online. I thought it was a great idea.

I was connected with Bru on Facebook and have also kept in touch since then. I had seen Bru's events on social media (Facebook) and others. Since our first meeting, I have spoken with Bru several times and have met him at several social events, especially at some charity events, Open Mic, and at university event in Virginia and District of Columbia. During all these meetings, I found Bru to be friendly, soft-spoken and a nice person. I saw Bru's commitment to charities and volunteering his time for good cause. Almost always, I had seen Bru at charity events of Gorkhaly Foundation, and to this organization I myself have provided pro bono legal services and have donated. At no point since our friendship, I have heard or learned of anything negative about Bru.

I was shocked to hear from Bru that he has a federal case now. From what I heard from Bru it sounded like a negligent handling of business affairs rather than a willful or intentional misconduct or bad act. On top of that the actual wrong doer seems to be the independent contractor he had hired in India. I am not sure how much control, supervision or oversight Bru had over their conducts.

Given Bru's educational, personal and social background, I doubt Bru will engage in an intentional misconduct such as those alleged by the government. I have no knowledge about the actual facts and circumstances of the case, but I can speak about the good character of Bru. All these years, I have had only a good impression about Bru and did not hear any bad act or any negativity.

Now that he is in conflict with the law, I strongly believe Bru repents that, and he seeks to rehabilitate to be a good person and come clean from this incident. I also believe he has the friends, family and relative circles to lean on, get the support from them and from his network to learn from the past mistake and work towards to be a better person. Given Bru's background, a good character and his commitment to improve himself, I believe the society and the U.S. as a whole will not benefit from sending Bru to jail. First, Bru is not a repeat offender or an offender before. Bru has invested heavily to be a good citizen by gaining higher education, training, serving community, running business, founding start-up company, and he can continue to do these while also repenting from his past mistakes.

  Also jailing Bru will not be a good use of limited public resources. I am very worried that Bru might find himself in a bad company in the jail or the experience may break him, and he may never recover from that. Therefore, giving him a chance to be a better person may prove more beneficial for the society and the U.S. as a whole.

  We all believe that a person can reform and rehabilitate, therefore, I strongly recommend that Bru is given a chance and not send to the jail.

  Thank you for your attention on this matter.

Sincerely,

Niranjan Adhikari

From:
Sarada Prasad (Mother)
C.M. Prasad (Father)
6814 Old Chesterbrook Rd
Mclean, VA 22101
Mother: 703 283 0471
Father: 703 967 9673
e-mail: drcprasad@yahoo.com

To:
Honorable Judge Claude M Hilton
Albert V Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

        Re: Bruhasapty C. Prasad's sentencing

Your Honor:
We are writing this letter as parents of Bruhaspaty C. Prasad (Bru) in connection with his sentencing to help him through this process.

1. Relationship:

We have been with Bru at every step of his life while growing up and his educational pursuits before and after his high school. We have professional careers, and we value the importance of good education. We conveyed the same values to Bru through all his life he spent with us. He is respectful of his parents and elders and has been cooperative in every which way within the household and in the community. Bru is considered a well brought up son by many parents/teachers in the community who know him; he has many friends in the area. Bru is loving, considerate, always ready to pitch in to do whatever needed for family and friends.

2. General statement of Support:

We now realize the trouble Bru is in and obviously as parents we are devastated. We became aware of this issue only when the FBI knocked on our door in September of 2021. As we know Bru, he is neither brave nor clever enough to plan, orchestrate a legal/illegal enterprise or a money-making scheme as he now has been caught in the middle of. We understand he signed up into this venture unwittingly and did not realize the motives of his partners who carried on business under his name. Bru was born in New York, spent all his life in the USA except during his MBBS education during 2007-2014 in China. Bru visited India with parents as a kid 1993, 2004, 2018 and by himself in 2019 each time for a couple of weeks or less than a month. His knowledge of Indian languages is minimal or non-existent, and he is not equipped with the street wise acumen that it takes to envision and carry out the kind of business that he found himself in. He offered himself as a useful idiot in this venture for his partners abroad. It is also beyond our comprehension how he would face the potential sentencing and payback of millions of dollars for restitution and forfeiture.

We are there to support Bru emotionally as well as morally both while he is confined and afterward. Bru would be welcome to stay with us as he has been, and we would be more than ready to help him in all possible ways to get him rehabilitated if we are alive and in good health.

3.  Insight:

We provided Bru with all the resources to pay for his education, living expenses and travel while he was in China for his medical education MBBS (2014), Master's program (MSW-2018) in Howard University, Washington DC and Master's program (MPH-2021) in George Mason University, Virginia.

Bru does not have any problems with alcohol or drugs, he doesn't have any debts. He has a steady girlfriend since Jan 2021. He lives with us in a good family home where our family and friends frequently visit. Bru is in good mind and spirit and has planned a bright future for himself to work in the community as a social worker and public health professional.

Bru was always busy studying for his course work and get his medical degree from China compatible to US medical degree standards. Bru has had a job since Feb/Mar 2020 as a licensed social worker, working from home due to COVID.  While Bru doesn't have any debts he also doesn't have any assets other than his bank balance. The car he has is one we gave him in 2015.

4.  Conclusion:

Bru is not a threat anyone, he doesn't have any firearms or weapons and is a law-abiding citizen. After all his education and professional degrees, he is a well-qualified healthcare professional.  Yet, Bru came across as uniquely stupid not to understand the extent of damage he caused to himself, his family, his community, and his country. It appears Bru has poor insight into these business-related activities and legal implications.  This is a severe lapse in judgment.  We understand Bru might be facing a sentencing and would have to pay restitution and forfeiture of millions of dollars. Sentencing Bru and punishing him with such financial burden would not benefit the society in any way and in fact it would be detrimental to all concerned. In the way Bru found himself in trouble with the law, the suggested punishments would amount to death while being alive. Bru has received only a fraction of the money of which he is expected to pay back.  The legal consequences of sentencing would work against any subsequent routine life opportunities he might have such as apply for job, and credit.  We pray to the Honorable Judge for mercy and beg for a pardon for Bru. You may in your power consider granting him a second chance in life to help himself to prove as a worthy, respectable, and proud citizen.

Thanking you Honorable Judge,
Sincerely,

 /s/
Sarada & CM Prasad
(Parents)